IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 7:99-CR-21(WDO) |
| ROBERT SEARS, JR., | : | 7:01-CV-49 (WDO) |
| | : | |
| Defendant | : | |

### ORDER

This matter is before the Court on Defendant's second motion to reconsider. In a previous motion to reconsider, Defendant challenged the denial of his habeas petition and requested, in the alternative, to construe the first motion to reconsider as a timely filed notice of appeal from the denial of the habeas petition. First, Defendant has still failed to present any evidence or argument showing that the denial of his habeas petition was improper. Second, pursuant to McDaniel v. Moore, 292 F.3d 1304 (11th Cir. 2002), Defendant's request to file a belated notice of appeal is time barred as to the habeas petition because Defendant did not file the request within 7 days of learning that his habeas petition had been denied, and failed to show cause for that failure. Accordingly, the latest motion for reconsideration is **DENIED**.

SO ORDERED this 5th day of June, 2005.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
**UNITED STATES DISTRICT JUDGE**